No. 249. SULLINGER v. SHAW, DIRECTOR. October 8, 1945. Petition for writ of certiorari to the Court of Ap-

peals of New York denied. Petitioner *pro se.* *Mr. Henry J. Walsh* for respondent.